■ JEROME H. BARR et al., as Executors of MILTON KAUFMAN, Deceased, Respondents, v HYMAN RAFFE, Appellant, Third-Party Plaintiff-Appellant. PUCCINI CLOTHES, LTD., et al., Third-Party Defendants-Respondents. — Order, Supreme Court, New York County (Louis Grossman, J.), entered May 10, 1983, which granted plaintiffs' motion to vacate defendant's notice to admit, is unanimously affirmed, without costs. ¶ Order, Supreme Court, New York County (Louis Grossman, J.), entered September 22, 1983, which, *inter alia,* granted plaintiffs' motion to quash a subpoena duces tecum, is unanimously affirmed, without costs. ¶ Order, Supreme Court, New York County (Louis Grossman, J.), entered January 4, 1984, which, *inter alia,* denied defendant's motion to restore this action to the Jury Trial Calendar, is unanimously reversed, to the extent appealed from, on the law and the facts, defendant's motion is granted and the action is restored to the Jury Calendar, without costs. ¶ Plaintiffs instituted this action against defendant on his unconditional written guarantees to plaintiffs' testator. After issue was joined, plaintiffs moved for summary judgment. This motion was, *inter alia,* partially granted, and the matter was set down for an assessment of damages, concerning attorney's fees, costs and expenses. The defendant timely demanded a jury trial. Thereafter, Trial Term struck this demand because allegedly the defendant had defaulted in appearance when the assessment action was on the Trial Calendar. Our review of the record leads us to conclude that defendant's failure to appear was excusable. Therefore, Trial Term abused its discretion. Defendant is "entitled to a trial by jury * * * [since this action is] for the recovery of money only" (*Wheelock v Lee,* 74 NY 495, 500; material in brackets added). Concur — Kupferman, J. P., Ross, Bloom, Milonas and Alexander, JJ.

■ DINA A. SORICHETTI, an Infant, by Her Mother and Natural Guardian, JOSEPHINE SORICHETTI, et al., Respondents, v CITY OF NEW YORK, Appellant. — Judgment, Supreme Court, Bronx County (Anthony J. Mercorella, J.), entered June 29, 1983, unanimously modified, on the law and the facts, and a new trial ordered solely on the issue of damages awarded to plaintiff Dina A. Sorichetti, and otherwise affirmed, without costs and without disbursements, unless said plaintiff, within 20 days after service upon her attorney of a copy of the order herein, with notice of entry, serves and files in the office of the clerk of the trial court a written stipulation consenting to reduce the verdict in favor of plaintiff Dina A. Sorichetti to $2,000,000 and to the entry of an amended judgment in accordance therewith. If said plaintiff so stipulates, the judgment, as so amended and reduced, is unanimously affirmed, without costs and without disbursements. ¶ After review of the record, the damages appear to us to be excessive to the extent indicated. Concur — Kupferman, J. P., Sandler, Sullivan, Silverman and Fein, JJ.

■ MIA LANCASTER v TYRONE KINDOR. — Motion, insofar as it seeks leave to appeal to the Court of Appeals, granted, and this court, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by the Court of Appeals. The motion in all other respects is denied. Concur — Sandler, J. P., Ross, Fein, Lynch and Kassal, JJ.